UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSE MIRANDA,

    Plaintiff(s),

v.

FIRST RELIANCE STANDARD INSURANCE LIFE INSURANCE COMPANY, RE

    Defendant(s).

No. C 09-04452 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 23, 2009

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

*/s/ Dennis J. Rhodes*

Dennis J. Rhodes
Attorneys for Defendants FIRST RELIANCE STANDARD INSURANCE LIFE INSURANCE COMPANY, RELIANCE STANDARD LIFE INSURANCE COMPANY and
OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN

NDC-06