Brent Dorian Brehm, Esq. SBN: 248983
 E-mail:bbrehm@kantorlaw.net
Alan E. Kassan, Esq. SBN: 113864
 E-mail:akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
Rose Miranda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ROSE MIRANDA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant.<br>_____ | CASE NO: CV-09-04452 RS<br><br>PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE<br><br>DATE: May 13, 2010<br>TIME:　10:00 a.m.<br>CTRM: 3 |

　　　　Pursuant to the Clerk's Notice filed on April 5, 2010, plaintiff's counsel respectfully requests the Court's permission to appear by telephone at the Case Management Conference scheduled for May 13, 2010 at 10:00 a.m.

DATED: April 7, 2010　　　　　　　　　　　　KANTOR & KANTOR, LLP


　　　　　　　　　　　　　　　　　By:　　*/s/　Brent Dorian Brehm*
　　　　　　　　　　　　　　　　　　　　Brent Dorian Brehm
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Rose Miranda

1