*E-Filed 7/12/10*

Brent Dorian Brehm, Esq. SBN: 248983
 E-mail:bbrehm@kantorlaw.net
Alan E. Kassan, Esq. SBN: 113864
 E-mail:akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff,
Rose Miranda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MIRANDA,<br><br>              Plaintiff,<br><br>        vs.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN,<br><br>              Defendants. | CASE NO: CV09-04452 RS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE<br><br>Current Date:   August 11, 2010<br><br>Proposed Date:  September 30, 2010<br><br>[Complaint filed September 22, 2009] |

Plaintiff, Rose Miranda, and Defendants First Reliance Standard Life Insurance Company; Reliance Standard Life Insurance Company; Olympus America Inc. Long-term Disability Plan, by and through their respective counsel of record, hereby stipulate as follows:

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE

1) On May 13, 2010 the Court ordered the parties to participate in the ADR program according to their request to utilize an ADR mediator. The Court also Ordered a mediation completion date of August 11, 2010. On June 22, 2010 the parties were notified of the mediator assigned to their case. On June 29, 2010 Plaintiff lodged an objection to the selected mediator. Pursuant to the objection, on July 1, 2010 the ADR director notified the parties that a new mediator would be assigned and advised the parties that a new completion date should be requested from the Court.

2) The parties now request an extension of the mediation completion date to September 30, 2010, so that a new mediator can be assigned and a mutually agreeable mediation date can be established before the mediation completion date.

**IT IS SO STIPULATED.**

DATED: July 12, 2010                    KANTOR & KANTOR, LLP


                                        By:   */s/ Brent Dorian Brehm*

                                              Brent Dorian Brehm
                                              Attorney for Plaintiff
                                              Rose Miranda



DATED: July 12, 2010                    WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP

                                        By:   */s/ Dennis J. Rhodes*

                                              Dennis J. Rhodes
                                              Defendants First Reliance Standard
                                              Insurance Life Insurance Company,
                                              Reliance Standard Life Insurance
                                              Company and Olympus America, Inc.
                                              Long Term Disability Plan

2

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MEDIATION COMPLETION DATE

**ORDER**

Good cause appearing, it is hereby ordered that:

The mediation completion date is continued to September 30, 2010.

DATED: 7/12/10   _____

HONORABLE RICHARD SEEBORG
U.S. District Court Judge

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE