*E-Filed 8/27/10*

1  Brent Dorian Brehm, Esq. SBN: 248983
    E-mail:bbrehm@kantorlaw.net
2  Alan E. Kassan, Esq. SBN: 113864
    E-mail:akassan@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   Telephone (818) 886-2525
5  Facsimile (818) 350-6272

6  Attorneys for Plaintiff,
   Rose Miranda

7

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ROSE MIRANDA, | CASE NO: CV09-04452 RS |
| 13          Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE |
| 14 | MANAGEMENT CONFERENCE |
| 15      vs. | |
| | Current Date:     September 2, 2010 |
| 16  FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIANCE | |
| 17  STANDARD LIFE INSURANCE COMPANY; OLYMPUS AMERICA, | Proposed Date:   October 21, 2010 |
| 18  INC. LONG TERM DISABILITY PLAN, | |
| 19          Defendants. | [Complaint filed September 22, 2009] |
| 20 | |
| 21 | |
| 22 | |

23

24      Plaintiff, Rose Miranda, and Defendants First Reliance Standard Life Insurance

25  Company; Reliance Standard Life Insurance Company; Olympus America Inc.

26  Long-term Disability Plan, by and through their respective counsel of record, hereby

27  stipulate as follows:

                                    1

28

1        1)      On May 13, 2010, the Court ordered the parties to participate in the ADR

2   program according to their request to utilize an ADR mediator.  The Court also

3   Ordered a mediation completion date of August 11, 2010, and set a further Case

4   Management Conference for September 2, 2010.  On June 22, 2010, the parties were

5   notified of the mediator assigned to their case.  On June 29, 2010, Plaintiff lodged an

6   objection to the selected mediator.  Pursuant to the objection, on July 1, 2010, the

7   ADR director notified the parties that a new mediator would be assigned and advised

8   the parties that a new completion date should be requested from the Court.

9        2)      Pursuant to the stipulation of the parties, on July 12, 2010, the Court

10  ordered the mediation completion date be moved to September 30, 2010.  However, at

11  that time the parties did not request a concurrent move for the Case Management

12  Conference to match the Court's original schedule.

13       3) On August 19, 2010, the ADR director assigned a new mediator to the case

14  who the parties are agreeable to.  On August 22, 2010, the assigned mediator made

15  his availability known to the parties, and the parties are in the process of scheduling

16  the mediation.  In an effort to promote efficiency, and mirror the schedule originally

17  set by the Court, the parties ask that the Case Management Conference be moved to

18  take place after the mediation, and specifically October 21, 2010.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION
DATE

1  **IT IS SO STIPULATED.**

2

3  DATED: August 27, 2010                    KANTOR & KANTOR, LLP

4

5                                    By:    */s/ Brent Dorian Brehm*

6                                           Brent Dorian Brehm
                                            Attorney for Plaintiff
7                                           Rose Miranda

8

9

10  DATED: August 27, 2010                   WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP
11

12                                   By:    */s/ Dennis J. Rhodes*

13                                          Dennis J. Rhodes
                                            Defendants First Reliance Standard
14                                          Insurance Life Insurance Company,
                                            Reliance Standard Life Insurance
15                                          Company and Olympus America, Inc.
                                            Long Term Disability Plan
16

17

18

19

20

21

22

23

24

25

26

27

28
                                            3

1 **ORDER**

2     Good cause appearing, it is hereby ordered that:

3 The Case Management Conference  is continued to  <u>November 4</u>      , 2010.

4 at 10:00 a.m.

5

6 DATED:    8/27/10                   _____

7                         HONORABLE RICHARD SEEBORG
U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

4

28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MEDIATION COMPLETION
DATE