1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
6
7  Attorneys for Defendants
   FIRST RELIANCE STANDARD
8  LIFE INSURANCE COMPANY,
   RELIANCE STANDARD LIFE INSURANCE COMPANY,
9  and OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN

10 BRENT DORIAN BREHM (SBN: 248983)
   E-mail:bbrehm@kantorlaw.net
11 ALAN E. KASSAN (SBN: 113864)
   E-mail:akassan@kantorlaw.net
12 KANTOR & KANTOR, LLP
   19839 Nordhoff Street
13 Northridge, California 91324
   Telephone (818) 886-2525
14 Facsimile (818) 350-6272

15
   Attorneys for Plaintiff,
16 ROSE MIRANDA

17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20 ROSE MIRANDA,                    ) Case No.:   CV09-04452 RS
                                    ) **STIPULATION OF THE PARTIES FOR**
21         Plaintiff,               ) **AN ORDER TO CONTINUE PRETRIAL**
                                    ) **AND TRIAL DATES FOR 60 DAYS**
22   v.                             )  AS MODIFIED BY THE COURT
                                    )
23 FIRST RELIANCE STANDARD LIFE     )
   INSURANCE COMPANY, RELIANCE      )
24 STANDARD LIFE INSURANCE COMPANY, )
   AND OLYMPUS AMERICA, INC. LONG   )
25 TERM DISABILITY PLAN,            )
                                    )
26         Defendants,              )
                                    )
27
                                        1
28 **STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL AND TRIAL
                              DATES FOR 60 DAYS**
   USDC NDCA Case #CV09-04452 RS
   645186.1

Defendants FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, RELIANCE STANDARD LIFE INSURANCE COMPANY, AND OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN ("Defendants") and plaintiff Rose Miranda ("Plaintiff") by and through their counsel of record hereby submit this stipulation for an order to continue the pretrial and trial dates for 60 days for good cause as follows:

On November 5, 2010, this Court entered its scheduling order setting discovery cutoff for March 11, 2011, a motion hearing cutoff date of April 14, 2011 and trial for June 13, 2011. On or about February 8, 2011, Plaintiff served discovery on First Reliance Standard and the Plan. In addition, Plaintiff has noticed the depositions of four persons: three employees of First Reliance Standard and the deposition of the independent medical examiner. The depositions are set to commence on March 9, 2011. Defendants have filed a motion for protective order for the depositions currently noticed. However, that motion is not set to be heard until April 7, 2011, pursuant to the notice requirements under the Local Rules.

The parties have met and conferred during the week of February 21, 2011 and are continuing to do so. At the request of Defendants, Plaintiff has agreed to reschedule the depositions in the event the Court grants a continuance such that Defendants' motion for protective order may be heard and decided prior to the scheduled date of the depositions. A 60 day continuance will also allow the parties to continue to meet and confer to determine whether their dispute can be resolved.

Absent a continuance, since Plaintiff has advised that she intends to go forward with the depositions prior to the current discovery cut-off, Defendants will be forced to seek relief via the ex parte and administrative procedures provided by this Court's local rules. However, for the reasons stated herein, the Parties respectfully request that the pretrial and trial dates be continued for 60 days as follows:

Discovery Cutoff: May 10, 2011;

Last Day to Hear Motions: June 13, 2011;

1 | Trial: August 12, 2011.

**IT IS SO STIPULATED.**

Dated: March 1, 2011                    KANTOR & KANTOR, LLP


By: _/s/ Brent Dorian Brehm_
Attorneys for Plaintiff
ROSE MIRANDA

Dated: March 1, 2011                    WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN & DICKER LLP


By: _____/s/ Dennis J. Rhodes_____
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendants
FIRST RELIANCE STANDARD LIFE INSURANCE
COMPANY, RELIANCE STANDARD LIFE INSURANCE
COMPANY, and OLYMPUS AMERICA, INC. LONG
TERM DISABILITY PLAN


### ORDER

Pursuant to the stipulation of the Parties and for good cause appearing, the pretrial and trial dates are continued as follows:

Discovery Cutoff: May 10, 2011;
Last Day to Hear Motions: June ~~13~~ 16, 2011;
Trial: August ~~12~~ 8, 2011.

**IT IS SO ORDERED.**

Date: 3/1/11          By: _____[signature]_____
                                 HONORABLE RICHARD SEEBORG
                                 UNITED STATED DISTRICT JUDGE

---

3
STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL AND TRIAL
DATES FOR 60 DAYS
USDC NDCA Case #CV09-04452 RS
645186.1