**United States District Court**
For the Northern District of California

**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROSE MIRANDA,

        Plaintiff,

  v.

FIRST RELIANCE STANDARD LIFE INSURANCE CO.; RELIANCE STANDARD LIFE INSURANCE CO.; and OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN,

        Defendants.

No. CV 09-4452 RS (NJV)

**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL**

(Docket No. 46)

      This is an action by Plaintiff Rose Miranda under the Employee Retirement Income Security Act of 1974 to recover disability benefits under the terms of an employee benefit plan, to enforce her rights under the plan, and to clarify her rights to future benefits under the plan against Defendants First Reliance Standard Life Insurance Company, Reliance Standard Life Insurance Company, and Olympus America, Inc. Long Term Disability Plan ("LTD Plan"). On February 28, 2011, Defendants filed a motion for a protective order to relieve them from complying with four depositions noticed by Plaintiff. Doc. No. 37. The district court has referred Defendants' motion for a protective order and all future discovery matters to this Court for determination. Doc. No. 39. The hearing on Defendants' motion is set for April 12, 2011.

      On April 5, 2011, Plaintiff filed a motion to compel responses to its interrogatories and requests for production ("RFP"). Plaintiff seeks to compel Defendant LTD Plan to respond to interrogatory Nos. 1 and 2 and RFP Nos. 1, 2, and 4; and to compel Defendants First Reliance and Reliance Standard respond to interrogatory Nos. 5 through 11 and RFP Nos. 5 through 14.

Because Plaintiff's motion to compel is related to some of the issues raised in Defendants' motion for a protective order and because the discovery cut-off of May 10, 2011 is quickly approaching, the Court sets the following briefing schedule for Plaintiff's motion to compel: 1) Defendants' opposition is due by the close of business on April 15, 2011 and is limited to fifteen (15) double spaced pages; and 2) Plaintiff's reply is due by the close of business on April 20, 2011 and is limited to ten (10) double spaced pages.  Plaintiff's motion to compel will be submitted on the papers and the May 10, 2011 hearing is vacated.

The Court reminds the parties that pursuant to its Standing Orders, hearings on civil matters must be scheduled with Judge Vadas' courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov).

**IT IS SO ORDERED.**

Dated: April 7, 2011

NANDOR J. VADAS
United States Magistrate Judge

2