1  ALAN E. KASSAN (SBN: 113864)
   E-mail:akassan@kantorlaw.net
2  BRENT DORIAN BREHM (SBN: 248983)
   E-mail:bbrehm@kantorlaw.net
3  KANTOR & KANTOR, LLP
4  19839 Nordhoff Street
   Northridge, California 91324
5  Telephone (818) 886-2525
   Facsimile (818) 350-6272
6

7  Attorneys for Plaintiff,
   ROSE MIRANDA
8

9  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: adrienne.publicover@wilsonelser.com
10 DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
11 WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
12 525 Market Street, 17th Floor
   San Francisco, California  94105
13 Tel:    (415) 433-0990
   Fax:    (415) 434-1370
14
   Attorneys for Defendants
15 FIRST RELIANCE STANDARD INSURANCE
   LIFE INSURANCE COMPANY,
16 RELIANCE STANDARD LIFE INSURANCE COMPANY,
   and OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN
17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20 ROSE MIRANDA,                         )   Case No.:    CV09-04452 RS
                                         )
21           Plaintiff,                  )   **STIPULATION OF THE PARTIES FOR**
                                         )   **AN ORDER TO CONTINUE THE**
22      v.                               )   **HEARING DATE ON DEFENDANTS'**
                                         )   **MOTION FOR PROTECTIVE ORDER**
23 FIRST RELIANCE STANDARD INSURANCE     )
   LIFE INSURANCE COMPANY, RELIANCE      )
24 STANDARD LIFE INSURANCE COMPANY,      )
   AND OLYMPUS AMERICA, INC. LONG        )
25 TERM DISABILITY PLAN,                 )
                                         )
26           Defendants,                 )
                                         )
27

                                 1
28 **STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE THE HEARING DATE ON
                    DEFENDANTS' MOTION FOR PROTECTIVE ORDER**
   USDC NDCA Case #CV09-04452 RS

1  Defendants FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,
2  RELIANCE STANDARD LIFE INSURANCE COMPANY, AND OLYMPUS AMERICA,
3  INC. LONG TERM DISABILITY PLAN ("Defendants") and plaintiff Rose Miranda ("Plaintiff")
4  (collectively Defendants and Plaintiff referred to as "the Parties"), by and through their counsel
5  of record hereby submit this stipulation for an order to continue the hearing date on Defendants'
6  Motion for Protective Order to May 4, 2011. Good cause for this continuance exists because:

7  Defendants' Motion for Protective Order is currently set for hearing on April 12, 2011.
8  The issues and authorities relevant to Defendants' Motion for Protective Order substantially
9  overlap with the issues and authorities relevant to Plaintiff's Motion to Compel. To promote the
10 efficient use of the Court's and the Parties' time, the Parties request to have argument on both
11 Defendants' and Plaintiff's discovery motions heard at the same time.

12 Consistent with the Courts reminder to schedule civil matters with Judge Vadas'
13 courtroom deputy, Gloria Masterson, the Parties have been in contact with Ms. Masterson. At
14 the direction of Ms. Masterson, the Parties have conferred and prepared the instant stipulation.
15 The Parties request that a telephonic hearing on both Defendants' and Plaintiff's discovery
16 motions to be held on May 4, 2011, at 1:00 p.m.

17 In connection with the continuance requested herein, and by separate stipulation, the
18 Parties also sought an order from the Honorable Richard Seeborg for another 60 day continuance
19 of the Discovery Cutoff, Motion Cutoff, and Trial Dates, so that both Defendants' and Plaintiff's
20 Motions can be heard, ruled upon, and discovery can be completed, if at all, in accordance with
21 the rulings of this Court.

22 ///
23 ///
24 ///
25 ///
26 ///
27
28

2
**STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE THE HEARING DATE ON
DEFENDANTS' MOTION FOR PROTECTIVE ORDER**
USDC NDCA Case #CV09-04452 RS

For the reasons stated herein, the Parties respectfully request that the hearing on Defendants' Motion for Protective Order be continued to May 4, 2011, and that at the same time a hearing on Plaintiff's Motion to Compel take place.

**IT IS SO STIPULATED.**

Dated: April 8, 2011            KANTOR & KANTOR, LLP


                        By:    */s/ Brent Dorian Brehm*
                               BRENT DORIAN BREHM
                               Attorneys for Plaintiff
                               ROSE MIRANDA


Dated: April 8, 2011            WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                        By:    */s/ Dennis J. Rhodes*
                               ADRIENNE C. PUBLICOVER
                               DENNIS J. RHODES
                               Attorneys for Defendants
                               FIRST RELIANCE STANDARD LIFE INSURANCE
                               COMPANY, RELIANCE STANDARD LIFE INSURANCE
                               COMPANY, and OLYMPUS AMERICA, INC. LONG
                               TERM DISABILITY PLAN

### **[MODIFIED] ORDER**

Pursuant to the stipulation of the Parties and for good cause appearing, the hearing on Defendants' Motion for Protective order is continued to May 4, 2011, at 1:00 p.m., and will be consolidated with the hearing on Plaintiff's Motion to Compel. The hearings will be conducted telephonically. The Court's briefing schedule on Plaintiff's Motion to Compel (Doc. No. 47) remains in place.

**IT IS SO ORDERED.**

Date:  April 11, 2011        By: _____
 HONORABLE NANDOR J. VADAS
 UNITED STATES MAGISTRATE JUDGE