ALAN E. KASSAN (SBN: 113864)
E-mail:akassan@kantorlaw.net
BRENT DORIAN BREHM (SBN: 248983)
E-mail:bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff,
ROSE MIRANDA

ADRIENNE C. PUBLICOVER (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Defendants
FIRST RELIANCE STANDARD INSURANCE
LIFE INSURANCE COMPANY,
RELIANCE STANDARD LIFE INSURANCE COMPANY,
and OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MIRANDA, | Case No.:       CV09-04452 RS |
| Plaintiff, | **STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE PRETRIAL, TRIAL BRIEFING, AND TRIAL DATES** |
| v. | AS MODIFIED BY THE COURT |
| FIRST RELIANCE STANDARD INSURANCE LIFE INSURANCE COMPANY, RELIANCE STANDARD LIFE INSURANCE COMPANY, AND OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN, | |
| Defendants, | |

**STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE PRETRIAL, TRIAL BRIEFING,
AND TRIAL DATES**
USDC NDCA Case #CV09-04452 RS

1    Defendants FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,

2    RELIANCE STANDARD LIFE INSURANCE COMPANY, AND OLYMPUS AMERICA,

3    INC. LONG TERM DISABILITY PLAN ("Defendants") and plaintiff Rose Miranda ("Plaintiff")

4    (collectively Defendants and Plaintiff referred to as "the Parties"), by and through their counsel

5    of record hereby submit this stipulation for an order to continue the pretrial, trial briefing, and

6    trial dates for good cause as follows:

7    On November 5, 2010, this Court entered its scheduling order setting a discovery cutoff

8    date of March 11, 2011 and a motion hearing cutoff date of April 14, 2011. Further, opening trial

9    briefs were ordered due on May 9, 2011, responsive trial briefs were due on May 23, 2011, and

10   trial was set for June 13, 2011.

11   On or about February 8, 2011, Plaintiff served written discovery on Defendants. On or

12   about that same day, Plaintiff noticed the depositions of four persons: three employees of First

13   Reliance Standard and the deposition of the independent medical examiner. The depositions

14   were set to commence on March 9, 2011. Defendants filed a motion for protective order for the

15   depositions on February 28, 2011. However, that motion was not set to be heard until April 7,

16   2011, pursuant to the notice requirements under the Local Rules.

17   At the request of Defendants, Plaintiff agreed to reschedule the depositions in the event

18   this Court granted a continuance such that Defendants' motion for protective order may be heard,

19   and decided, prior to the scheduled date of the depositions. Thus, on March 1, 2011, the Parties

20   filed a stipulation with the Court requesting a 60 day continuance of the discovery cutoff, the

21   motion cutoff, and trial date. In that stipulation, the Parties overlooked requesting a

22   commensurate continuance of the trial briefing dates.

23   On March 1, 2011, this Court granted the continuance of the requested dates, with some

24   modification. Pursuant to the Court's November 5, 2010 scheduling order, and the March 1,

25   2011 order continuing the pretrial and trail dates, the current case management dates are:

26

27

28   **STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE PRETRIAL, TRIAL BRIEFING,**
     **AND TRIAL DATES**

USDC NDCA Case #CV09-04452 RS

1    Discovery Cutoff: May 10, 2011;

2    Last Day to Hear Motions: June 16, 2011;

3    Opening Trial Briefs: May 9, 2011;

4    Responsive Trial Briefs: May 23, 2011;

5    Trial: August 8, 2011.

6         Also on March 1, 2011, the Court referred Defendants' motion for protective order, and

7    any further discovery disputes, to a randomly assigned Magistrate Judge.  In orders from March

8    9, 2011 and March 15, 2011, Magistrate Judge Nador J. Vadas set the hearing date for

9    Defendants' discovery motion for April 12, 2011.

10        On or about March 17, 2011, Plaintiff received Defendants' responses to the written

11   discovery served on or about February 8, 2011.  On March 23, 2011, Plaintiff's counsel contacted

12   Defendants' counsel to set up a meet and confer regarding Defendants' responses to the written

13   discovery.  Pursuant to FRCP 37 and LR 37-1, the meet and confer took place on March 25,

14   2011.  In the following days the Parties continued to communicate as they attempted to resolve

15   the issues with Defendants' responses to the written discovery.  Unable to resolve all of the

16   issues, Plaintiff filed a motion to compel discovery on April 5, 2011.  The hearing on Plaintiff's

17   discovery motion is May 10, 2011.

18        This morning, as the Parties were finalizing this stipulation and the proposed stipulation

19   for Magistarate Judge Vadas, the Parties received Docket No. 47, an Order from Magistrate

20   Judge Vadas setting a schedule for Plaintiff's motion to compel.  Magistrate Judge Vadas'

21   schedule for Plaintiff's discovery motion was impacted by the fact that Plaintiff's motion to

22   compel was related to issues raised in Defendants' motion for a protective order and that the

23   discovery cut-off was quickly approaching.  Recognizing that Magistrate Judge Vadas intends to

24   hear argument on the related issues only once, but also desiring to allow argument on both

25   motions during that single argument, as well as allowing for discovery to be completed within the

26   discovery cut-off after the ruling on that argument, the Parties are asking for an extension of the

27

28
---
3

**STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE PRETRIAL, TRIAL BRIEFING, AND TRIAL DATES**

USDC NDCA Case #CV09-04452 RS

case management dates and have asked Magistrate Judge Vadas to hear argument on both motions in a single hearing to be set for a date following the briefing schedule currently in place.

In an effort to promote the efficient use of the Court's and the Parties' time, and following the direction of Magistrate Judge Vadas' courtroom deputy, the Parties have requested to have argument on both Defendants' and Plaintiff's discovery motions heard at the same time – May 4, 2011. The Parties made this request due to the significant overlap in the issues and authorities relevant to both Defendants' and Plaintiff's discovery motions. This separate stipulation to Magistrate Judge Vadas is attached as Exhibit 1.

At the request of Plaintiff, Defendants' agreed to enter into this stipulation so that both discovery motions may be heard, and decided, potentially at the same time, and so that both Parties may have their discovery motions heard, and act in accordance with the ruling on those motions prior to the currently set case management dates, the Parties respectfully request that the currently set case management dates be set as follows:

///

///

///

///

///

///

///

///

///

///

///

///

///

---

**STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE PRETRIAL, TRIAL BRIEFING, AND TRIAL DATES**

USDC NDCA Case #CV09-04452 RS

1    Discovery Cutoff: July 12, 2011;

2    Last Day to Hear Motions: August 18, 2011;

3    Opening Trial Briefs: September 6, 2011;

4    Responsive Trial Briefs: September 19, 2011;
                           11
5    Trial: October ~~10~~, 2011.

6
**IT IS SO STIPULATED.**
7

8    Dated:  April 8, 2011              KANTOR & KANTOR, LLP

9

10                         By:    */s/ Brent Dorian Brehm*
                                  BRENT DORIAN BREHM
11                                Attorneys for Plaintiff
                                  ROSE MIRANDA
12

13   Dated:  April 8, 2011              WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP
14

15                         By:    */s/ Dennis J. Rhodes*
                                  ADRIENNE C. PUBLICOVER
16                                DENNIS J. RHODES
                                  Attorneys for Defendants
17                                FIRST RELIANCE STANDARD INSURANCE LIFE
                                  INSURANCE COMPANY, RELIANCE STANDARD LIFE
18                                INSURANCE COMPANY, and OLYMPUS AMERICA,
                                  INC. LONG TERM DISABILITY PLAN
19

20

21

22

23

24

25

26

27
                                         5
28   **STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE PRETRIAL, TRIAL BRIEFING,
     AND TRIAL DATES**
     USDC NDCA Case #CV09-04452 RS

1

## <u>ORDER</u>

2

3        Pursuant to the stipulation of the Parties and for good cause appearing, the pretrial and

4    trial dates are continued as follows:

5        Discovery Cutoff: July 12, 2011;

6        Last Day to Hear Motions: August 18, 2011;

7        Opening Trial Briefs: September 6, 2011;

8        Responsive Trial Briefs: September 19, 2011;

9        Trial: October 10, 2011.

**IT IS SO ORDERED.**

10

11   Date: 4/11/11 _____          By: _____
                                        HONORABLE RICHARD SEEBORG
12                                      UNITED STATED DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE PRETRIAL, TRIAL BRIEFING, AND TRIAL DATES**
USDC NDCA Case #CV09-04452 RS

ALAN E. KASSAN (SBN: 113864)
E-mail:akassan@kantorlaw.net
BRENT DORIAN BREHM (SBN: 248983)
E-mail:bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff,
ROSE MIRANDA


ADRIENNE C. PUBLICOVER (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:     (415) 433-0990
Fax:     (415) 434-1370

Attorneys for Defendants
FIRST RELIANCE STANDARD INSURANCE
LIFE INSURANCE COMPANY,
RELIANCE STANDARD LIFE INSURANCE COMPANY,
and OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MIRANDA,<br><br>                 Plaintiff,<br><br>             v.<br><br>FIRST RELIANCE STANDARD INSURANCE<br>LIFE INSURANCE COMPANY, RELIANCE<br>STANDARD LIFE INSURANCE COMPANY,<br>AND OLYMPUS AMERICA, INC. LONG<br>TERM DISABILITY PLAN,<br><br>                 Defendants, | Case No.:      CV09-04452 RS<br><br>**STIPULATION OF THE PARTIES FOR<br>AN ORDER TO CONTINUE THE<br>HEARING DATE ON DEFENDANTS'<br>MOTION FOR PROTECTIVE ORDER** |

1

**STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE THE HEARING DATE ON
DEFENDANTS' MOTION FOR PROTECTIVE ORDER**
USDC NDCA Case #CV09-04452 RS

EXHIBIT 1

Defendants FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, RELIANCE STANDARD LIFE INSURANCE COMPANY, AND OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN ("Defendants") and plaintiff Rose Miranda ("Plaintiff") (collectively Defendants and Plaintiff referred to as "the Parties"), by and through their counsel of record hereby submit this stipulation for an order to continue the hearing date on Defendants' Motion for Protective Order to May 10, 2011.  Good cause for this continuance exists because:

Defendants' Motion for Protective Order is currently set for hearing on April 12, 2011. The issues and authorities relevant to Defendants' Motion for Protective Order substantially overlap with the issues and authorities relevant to Plaintiff's Motion to Compel.  To promote the efficient use of the Court's and the Parties' time, the Parties request to have argument on both Defendants' and Plaintiff's discovery motions heard at the same time.

Consistent with the Courts reminder to schedule civil matters with Judge Vadas' courtroom deputy, Gloria Masterson, the Parties have been in contact with Ms. Masterson.  At the direction of Ms. Masterson, the Parties have conferred and prepared the instant stipulation. The Parties request that a telephonic hearing on both Defendants' and Plaintiff's discovery motions to be held on May 4, 2011, at 1:00 p.m.

In connection with the continuance requested herein, and by separate stipulation, the Parties also sought an order from the Honorable Richard Seeborg for another 60 day continuance of the Discovery Cutoff, Motion Cutoff, and Trial Dates, so that both Defendants' and Plaintiff's Motions can be heard, ruled upon, and discovery can be completed, if at all, in accordance with the rulings of this Court.

///
///
///
///
///

2

**STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

USDC NDCA Case #CV09-04452 RS

EXHIBIT 1

For the reasons stated herein, the Parties respectfully request that the hearing on Defendants' Motion for Protective Order be continued to May 4, 2011, and that at the same time a hearing on Plaintiff's Motion to Compel take place.

**IT IS SO STIPULATED.**

Dated: April 7, 2011                    KANTOR & KANTOR, LLP


                              By:    */s/ Brent Dorian Brehm*
                                     BRENT DORIAN BREHM
                                     Attorneys for Plaintiff
                                     ROSE MIRANDA


Dated: April 7, 2011                    WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP


                              By:    */s/ Dennis J. Rhodes*
                                     ADRIENNE C. PUBLICOVER
                                     DENNIS J. RHODES
                                     Attorneys for Defendants
                                     FIRST RELIANCE STANDARD LIFE INSURANCE
                                     COMPANY, RELIANCE STANDARD LIFE INSURANCE
                                     COMPANY, and OLYMPUS AMERICA, INC. LONG
                                     TERM DISABILITY PLAN


<u>**ORDER**</u>

Pursuant to the stipulation of the Parties and for good cause appearing, the hearing on Defendants' Motion for Protective order is continued to May 4, 2011, at 1:00 p.m.  At that time the hearing on Plaintiff's Motion to Compel will take place.  The hearings will be conducted telephonically.

**IT IS SO ORDERED.**


Date:_____    By:_____
                              HONORABLE NANDOR J. VADAS
                              UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION OF THE PARTIES FOR AN ORDER TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

USDC NDCA Case #CV09-04452 RS

EXHIBIT 1