ALAN E. KASSAN (SBN: 113864)
E-mail:akassan@kantorlaw.net
BRENT DORIAN BREHM (SBN: 248983)
E-mail:bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff,
ROSE MIRANDA


ADRIENNE C. PUBLICOVER (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Defendants
FIRST RELIANCE STANDARD INSURANCE
LIFE INSURANCE COMPANY,
RELIANCE STANDARD LIFE INSURANCE COMPANY,
and OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MIRANDA,<br><br>         Plaintiff,<br><br>   v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, RELIANCE STANDARD LIFE INSURANCE COMPANY, AND OLYMPUS AMERICA, INC. LONG TERM DISABILITY PLAN,<br><br>         Defendants, | Case No.:    CV09-04452 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

1

**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**
USDC NDCA Case #CV09-04452 RS

1    Following settlement of this matter, Plaintiff Rose Miranda and Defendants First Reliance
2  Standard Life Insurance Company, Reliance Standard Life Insurance Company, and Olympus
3  America, Inc. Long Term Disability Plan, by and through their respective counsel of record,
4  hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs,
5  expenses and attorney's fees.

7  **IT IS SO STIPULATED.**

8  Dated:  August 12, 2011           KANTOR & KANTOR, LLP

10                           By:    /s/ Brent Dorian Brehm
11                                  BRENT DORIAN BREHM
                                    Attorneys for Plaintiff
                                    ROSE MIRANDA

13  Dated: August 12, 2011           WILSON, ELSER, MOSKOWITZ,
14                                   EDELMAN & DICKER LLP

16                           By:    /s/ Joshua Bachrach
                                    ADRIENNE C. PUBLICOVER
17                                  DENNIS J. RHODES
                                    JOSHUA BACHRACH
18                                  Attorneys for Defendants
                                    FIRST RELIANCE STANDARD LIFE INSURANCE
19                                  COMPANY, RELIANCE STANDARD LIFE INSURANCE
                                    COMPANY, and OLYMPUS AMERICA, INC. LONG
20                                  TERM DISABILITY PLAN

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Date:  8/12/11            By:  _____
                               HONORABLE RICHARD SEEBORG
                               UNITED STATES DISTRICT JUDGE